# Special Features and Updates

## 390 Elmgreen Lane

7.36 acres, park like setting with creek and mountain views

County records show 2004 build.
Built in 1977, but taken down to the studs, rebuilt including an addition of the master suite in 2004.
The only thing original is the brick.

New roof & gutters for home, detached garage and studio
June 2020

**Kitchen**

Slab granite counter tops
Cherry Cabinets
Slate floors
Wolf Oven with grill
Sub Zero Refrigerator
Bosch dishwasher
Deep well sink
Instant hot water
Spacious island with seating with artistic island lighting
Opens to the dining and great room

**Great room**

Floor to ceiling windows that open for great ventilation
Gas Fireplace with “fossilized” stone work
Bookshelf/ Art Display
Intricate alder baseboard molding

**Upstairs (left)**

Office open to the Great Room with Cat 5 and fiber optics
2 Guest Bedrooms, one ensuite

Full Bathroom with slate flooring

**Upstairs (Right)**
Spacious Master suite with private balcony
Vaulted ceilings
5 pc bathroom
Walk-in closet

**Lower level**
Perfect Home Theatre or Rec room
Landry Closet
Utility closet with water softener
Adjoins the garage for easy access

**Attached Garage**
2 car heated garage with Gladiator system
to hang your garden tools
Adjacent utility room which keeps the garage comfortable even in the winter months or you can utilize the garage heater for more heat as desired.
Doggie Door

**Detached Garage with Carport**
Easily enough space for 4 cars tandem or 2 cars and an RV
Built in workbench
Carport for extra storage or your utility vehicle
220 electrical capability

**Studio or Office Creekside**
Cat 5 wired
Satellite – Dish (needs receiver)
Electric provided
Gas stove –propane
Under ground propane tank (500 gallons

Outdoor covered dining area for gatherings near the creek

The land goes approximately 20-30 ft. into the woods
past the meadow

Downspout drainage encased and piped under the driveway
with a cleanout on other side away from home.

***Many benches and hidden respites on this property to take in the mountain views and babbling brook!***

**Utilities**

IREA
Ferrell Propane
Internet –Hi speed Century Link
Also wired with fiber optics (in orange casing) and
Cat 5 (in white casing)
TV – Dish
Trash & Recycle– Mtn View










FARMER'S MARKET






REcolorado